**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **STATE OF MISSOURI ex rel.** **Attorney General JOSHUA D. HAWLEY,** | ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Case No. 4:15-CV-01593-RLW ) |
| **CHARTER COMMUNICATIONS, INC.** **d/b/a CHARTER COMMUNICATIONS** | ) ) ) |
| **Defendant.** | ) ) |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, State of Missouri ex rel. Attorney General Joshua Hawley, and Defendant Charter Communications, Inc., d/b/a Charter Communications, by and through their respective counsel, and hereby give notice the parties have reached a settlement of all issues. A dismissal shall be filed upon executed signatures of the settlement agreement by the end of this week.

Respectfully submitted,

| | |
|---|---|
| **JOSHUA D. HAWLEY** Attorney General | THOMPSON COBURN LLP |
| By:*/s/ Michelle Hinkl* Joseph Schlotzhauer, #62138MO Mary D. Morris, #60921MO Michelle Hinkl, #64494MO Assistant Attorneys General P.O. Box 861 St. Louis, MO 63101 (314) 340-7861     Fax: (314) 340-7029 *Attorneys for Plaintiff* | By  /s/  *Steven Sherman* Stephen B. Higgins, 25728MO Steven M. Sherman, 47842MO Maria A. Lanahan, 65956MO One US Bank Plaza St. Louis, Missouri 63101 314-552-6000 FAX 314-552-7000 *Attorneys for Defendant* |