# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI ex rel.<br>Attorney General JOSHUA D. HAWLEY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:15-CV-01593-RLW<br>) |
| CHARTER COMMUNICATIONS, INC.<br>d/b/a CHARTER COMMUNICATIONS | )<br>)<br>) |
| Defendant. | )<br>) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff, State of Missouri ex rel. Attorney General Joshua Hawley, and Defendant Charter Communications, Inc., d/b/a Charter Communications, by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate to the dismissal of this action with prejudice. This Court retains jurisdiction over this matter for enforcement of the executory terms of the Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| **JOSHUA D. HAWLEY**<br>Attorney General | THOMPSON COBURN LLP |
| By:*/s/ Michelle Hinkl*<br>Joseph Schlotzhauer, #62138MO<br>Mary D. Morris, #60921MO<br>Michelle Hinkl, #64494MO<br>Assistant Attorneys General<br>P.O. Box 861<br>St. Louis, MO 63101<br>(314) 340-7861     Fax: (314) 340-7029<br>*Attorneys for Plaintiff* | By  */s/  Steven Sherman*<br>Stephen B. Higgins, 25728MO<br>Steven M. Sherman, 47842MO<br>Maria A. Lanahan, 65956MO<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>314-552-6000 FAX 314-552-7000<br>*Attorneys for Defendant* |